**FILED**

December 17, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 08-0435 EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RICHARD DALE MCCLURE , ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD DALE MCCLURE, Case No. MAG.

08-0435 EFB, Charge Title 21 USC §§ 841(a)(1); 846, from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___ Release on Personal Recognizance

     X  Bail Posted in the Sum of $ _100, 000 00_

         X  Unsecured Appearance Bond *to be secured by posting of property within 3 weeks.*

         ___ Appearance Bond with 10% Deposit

         ___ Appearance Bond with Surety

         ___ Corporate Surety Bail Bond

         X  (Other)  *Pretrial Services Supervision of conditions.*

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 17, 2008 at 2:56 pm .

By _____

Dale A. Drozd
United States Magistrate Judge