```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR. S-09-00011-JAM
12            Plaintiff,         )
                                 )  STIPULATION AND ORDER
13                               )  CONTINUING STATUS CONFERENCE AND
        v.                       )  EXCLUDING TIME
14                               )
    RYAN ENNIS, and              )
15  RICHARD DALE MCcLURE,        )
                                 )
16            Defendants.        )  Hon. John A. Mendez
                                 )
17
18
19      The parties request that the status conference currently set
20  for January 26, 2010, be continued to February 23, 2010, and
21  stipulate that the time beginning January 26, 2010 and extending
22  through February 23, 2010, should be excluded from the
23  calculation of time under the Speedy Trial Act.  The parties
24  submit that the ends of justice are served by the Court excluding
25  such time, so that counsel for each defendant may have reasonable
26  time necessary for effective preparation, taking into account the
27  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
28  Code T4.
```

1

The attorneys for each defendant need more time to review the discovery in this case, discuss that discovery with their respective clients, consider new evidence that may affect the disposition of this case, conduct necessary legal research and investigation, and then discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: January 25, 2010    By: /s/ Michael M. Beckwith
                               MICHAEL M. BECKWITH
                               Assistant U.S. Attorney

Dated: January 25, 2010    By: /s/ David M. Michael
                               DAVID M. MICHAEL
                               Attorney for defendant
                               Ryan Louis Ennis

Dated: January 25, 2010    By: /s/ Fred Neal Dawson
                               FRED NEAL DAWSON
                               Attorney for defendant
                               Richard Dale McClure

**<u>ORDER</u>**

For the reasons stated above, the status conference in case number CR. S-09-00011-JAM, currently set for January 26, 2010, is continued to February 23, 2010 at 9:30 a.m.; and the time beginning January 26, 2010, and extending through February 23, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 25, 2010        /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Judge