FRED N. DAWSON (SBN 43306)
P.O. Box 400
Fair Oaks, CA  95628
Telephone: (916) 498-1300

Attorney for Defendant
RICHARD D. MCCLURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RICHARD D. MCCLURE,<br><br>　　　　Defendant. | Case No.: CR-S-09-11-JAM<br><br>STIPULATION AND ORDER RESCHEDULING DISCLOSURE OF AND FILING OBJECTIONS TO THE PRESENTENCE REPORT AND JUDGMENT AND SENTENCING DATE |
|---|---|

　　　It is hereby stipulated and agreed by Assistant U.S. Attorney Michael Beckwith on behalf of the government and Fred Dawson on behalf of the defendant Richard D. McClure, that the schedule for discovery of presentence report and filing of objections to the presentence report, and the date for judgment and sentencing in this matter, be modified as set forth below. The probation officer assigned in this case, Linda Dillon, has been consulted and concurs with the schedule as modified.

　　　1.　Proposed Presentence Report shall be disclosed to counsel no later than July 20, 2010;

　　　2.　Counsel's Written Objections to the Presentence Report shall be delivered to the probation officer and opposing counsel

1

STIPULATION AND PROPOSED ORDER RESCHEDULING DISCLOSURE OF AND FILING
OBJECTIONS TO THE PRESENTENCE REPORT AND JUDGMENT AND SENTENCING DATE

PDF created with pdfFactory trial version www.pdffactory.com

no later than August 3, 2010;

    3.    The Presentence Report shall be filed with the court and disclosed to counsel no later than August 10, 2010;

    4.    Motion for Correction of the Presentence Report shall be filed with the court and served on the probation officer and opposing counsel no later than August 17, 2010;

    5.    Reply, or Statement of Non-Opposition is due on August 24, 2010; and

    6.    Judgment and Sentencing date scheduled for August 31, 2010 at 9:30 a.m.

DATED:    April 7, 2010

    By: //s// Fred N. Dawson for
        Michael Beckwith
        Assistant U.S. Attorney

DATED:    April 7, 2010

    By: _//s// Fred N. Dawson___
        Fred N. Dawson
        Attorney for Defendant
        RICHARD D. MCCLURE

2

STIPULATION AND PROPOSED ORDER RESCHEDULING DISCLOSURE OF AND FILING
OBJECTIONS TO THE PRESENTENCE REPORT AND JUDGMENT AND SENTENCING DATE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.

DATED: April 7, 2010          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge

STIPULATION AND PROPOSED ORDER RESCHEDULING DISCLOSURE OF AND FILING
OBJECTIONS TO THE PRESENTENCE REPORT AND JUDGMENT AND SENTENCING DATE

PDF created with pdfFactory trial version www.pdffactory.com