```
FRED N. DAWSON (SBN 43306)
P.O. Box 400
Fair Oaks, CA  95628
Telephone: (916) 498-1300

Attorney for Defendant
RICHARD D. MCCLURE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>RICHARD D. MCCLURE,<br><br>         Defendant. | Case No.: CR-S-09-11-JAM<br><br>STIPULATION AND ORDER RESCHEDULING DISCLOSURE OF AND FILING OBJECTIONS TO THE PRESENTENCE REPORT AND JUDGMENT AND SENTENCING DATE |

It is hereby stipulated and agreed by Assistant U.S. Attorney Michael Beckwith on behalf of the government and Fred Dawson on behalf of the defendant Richard D. McClure, that the schedule for preparation of the presentence report, filing of objections to the presentence report, and the date for judgment and sentencing in this matter, be modified as set forth below. The probation officer assigned in this case, Linda Dillon, has been consulted and concurs with the schedule as modified.

   1.   Proposed Presentence Report shall be disclosed to counsel no later than October 12, 2010;

   2.   Counsel's Written Objections to the Presentence Report shall be delivered to the probation officer and opposing counsel

1

STIPULATION AND PROPOSED ORDER RESCHEDULING DISCLOSURE OF AND FILING
OBJECTIONS TO THE PRESENTENCE REPORT AND JUDGMENT AND SENTENCING DATE

PDF created with pdfFactory trial version www.pdffactory.com

no later than October 26, 2010;

    3.    The Presentence Report shall be filed with the court and disclosed to counsel no later than November 9, 2010;

    4.    Motion for Correction of the Presentence Report shall be filed with the court and served on the probation officer and opposing counsel no later than November 16, 2010;

    5.    Reply, or Statement of Non-Opposition is due on November 23, 2010; and

    6.    Judgment and Sentencing date scheduled for November 30, 2010 at 9:30 a.m.

DATED:    July 20, 2010

                                  By: //s// Fred N. Dawson for
                                        Michael Beckwith
                                        Assistant U.S. Attorney

DATED:    July 20, 2010

                                  By: _//s// Fred N. Dawson___
                                        Fred N. Dawson
                                        Attorney for Defendant
                                        RICHARD D. MCCLURE

**ORDER**

IT IS SO ORDERED.

DATED: July 20, 2010        /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
                                  United States District Court Judge

2

STIPULATION AND PROPOSED ORDER RESCHEDULING DISCLOSURE OF AND FILING
OBJECTIONS TO THE PRESENTENCE REPORT AND JUDGMENT AND SENTENCING DATE

PDF created with pdfFactory trial version www.pdffactory.com